J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
REBECCA A.E. FEWKES (CSB No. 209168)
rfewkes@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
M. CONNER HUTCHISSON (CSB No. 327872)
chutchisson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

ALBERT RUGO (CSB No. 306134)
arugo@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA  98101
Telephone    206.913.4309
Facsimile    206.389.4511

Attorneys for Defendant
AMAZON.COM, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　　　　Defendants. | Case No. 3:20-cv-08339-RS<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT AMAZON.COM, INC. TO STAY PENDING EX PARTE REEXAMINATION OF THE '397 PATENT**<br><br>Date:　April 29, 2021<br>Time:　1:30 p.m.<br>Ctrm:　3-17th Floor<br>Judge:　Honorable Richard Seeborg |

## NOTICE OF MOTION AND MOTION TO STAY

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 29, 2021, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 3, 17th Floor of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, before the Honorable Richard Seeborg, Defendant Amazon.com, Inc. ("Defendant" or "Amazon") will and hereby does move for a stay of the above-captioned action pending the completion of ongoing an ex parte reexamination proceeding that has been instituted on asserted U.S. Patent Nos. 6,546,397 ("the '397 patent"). Amazon bases its motion on the arguments and facts set forth in the related motion filed by Wix.com, LTD and Wix.com, Inc. (collectively, "Wix") in Case No. 3:19-cv-06559-RS.

Amazon and Wix are similarly situated with respect to the claims Express Mobile has asserted. First, Express Mobile asserts the '397 patent against Amazon, and all asserted claims (claim 1 of the patent) are challenged in the *ex parte* reexamination. The results of the reexamination proceeding will likely simplify the issues in this litigation, and a stay will not unduly prejudice Express Mobile. While the Wix case is still in its early stages with no *Markman* hearing conducted, Express Mobile did not even file its complaint against Amazon until over a year after it had filed its complaint against Wix. The parties have not conducted any discovery and the Court has not set a trial date. And if the Court decides to stay the Wix case, it should stay this case as well, as coordinating the schedules of the eleven cases in the Northern District of California will save judicial resources.

Dated: March 15, 2021                       FENWICK & WEST LLP

By: */s/ Todd R. Gregorian*
   J. DAVID HADDEN
   SAINA S. SHAMILOV
   TODD R. GREGORIAN
   REBECCA A.E. FEWKES
   ALBERT RUGO
   M. CONNER HUTCHISSON

   Attorneys for Defendant
   AMAZON.COM, INC.

## I. CONCLUSION

For the reasons stated above, Amazon respectfully requests that the Court stay this case until such time as the proceedings in the *ex parte* reexamination directed to the '397 patent is complete.

Dated:  March 15, 2021                                         FENWICK & WEST LLP

By: */s/ Todd R. Gregorian*
J. DAVID HADDEN
SAINA S. SHAMILOV
TODD R. GREGORIAN
REBECCA A.E. FEWKES
ALBERT RUGO
M. CONNER HUTCHISSON

Attorneys for Defendant
AMAZON.COM, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2021 the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

*/s/ Todd R. Gregorian*
J. DAVID HADDEN
SAINA S. SHAMILOV
TODD R. GREGORIAN
REBECCA A.E. FEWKES
ALBERT RUGO
M. CONNER HUTCHISSON